

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00207-CR
No. 02-25-00208-CR

_____

RYAN MICHAEL WRIGHT, Appellant

V.

THE STATE OF TEXAS

_____

On Appeal from the 16th District Court
Denton County, Texas
Trial Court Nos. F23-2354-16, F23-2355-16

_____

Before Kerr, Birdwell, and Bassel, JJ.
Memorandum Opinion by Justice Kerr

# MEMORANDUM OPINION

Appellant Ryan Michael Wright is awaiting trial in two cases on charges of stalking and solicitation of a minor. Although he has appointed counsel, Wright, acting pro se, has filed a notice of appeal in each case. We wrote to Wright expressing our concern that we lack jurisdiction over his appeals because the trial court has not entered a final judgment or any appealable orders in either case. We warned Wright that unless he or any party filed a response showing grounds for continuing the appeals, we could dismiss them for want of jurisdiction. *See* Tex. R. App. P. 43.2(f), 44.3. Neither Wright nor his appointed counsel responded.

In criminal cases, we generally have jurisdiction over appeals by criminal defendants only after conviction, and we have no "jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted to us by law." *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) (per curiam). Here, Wright's cases are still pending in the trial court, and there is no conviction judgment or appealable interlocutory order in either case. Accordingly, we dismiss these appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *McKown*, 915 S.W.2d at 161.

/s/ Elizabeth Kerr
Elizabeth Kerr
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: July 17, 2025